## KOONCE v FIRST TRUST & SAV BANK

Ohio Appeals, 7th Dist, Trumbull Co

Decided Sept 7, 1934

Charles Koonce, Jr., Youngstown, for plaintiff in error.

Cannon, Spieth, Taggart, Spring & Annat, Cleveland, and Hoppe, Lea, Day & Ford, Warren, for defendant in error.

For full opinion see 3 OO 280; 49 Oh Ap 404.